**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

NOT  DESIGNATED  FOR  PUBLICATION

Christopher King
Louisiana State Penitentiary
Camp C Tiger 3-R-12
Angola LA 70712

**REHEARING ACTION: September 8, 2010**

**Docket Number: 09   01054-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CHRISTOPHER KING**

**Writ Application from Calcasieu Parish Case No. 3732-00, 3733-00**

**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. Elizabeth A. Pickett**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christopher King** has this day been

> **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent